# Ballard Spahr
### LLP

---

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Neal Walters
Tel: 856.761.3438
Fax: 856.761.1020
waltersn@ballardspahr.com

January 3, 2019

*By Electronic Filing*

The Honorable Joel Schneider
United States Magistrate Judge
United States District Court - District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden NJ 08101

Re:    Udeen/Jeffery v. Subaru of America, Inc.
       Case no: 1:18-cv-17334 RBK JS

Dear Judge Schneider:

My firm represents the defendant, Subaru of America, Inc., in the above referenced class action. I am writing to respectfully request that the Rule 16 Conference, presently scheduled before Your Honor for January 16, 2019, be postponed until a reasonable time after Subaru's forthcoming motion to dismiss is decided by the Court. The reason for the request is as follows.

This matter was removed to this Court in late December and, pursuant to a Stipulation and Order, the date by which Subaru is to respond to the Complaint is January 28. Subaru intends to file a motion to dismiss the Complaint. My experience in matters in this District is that the Court, in accordance with Loc. Civ. R. 16.1(a)(1), invariably will defer the Rule 16 Conference and related Rule 26 Disclosures and discovery while a motion to dismiss is pending, as the parties and Court will not know the scope of issues that will remain in the case once the motion is decided, and setting a schedule is often futile in that context. That this is a putative nationwide class action, involving far reaching claims of consumer fraud potentially extending to hundreds of thousands of vehicle owners, further exemplifies the potential change in scope that may result from Subaru's motion.

Moreover, Plaintiffs' counsel has served Subaru with a demand letter pursuant to Cal. Civ. Code §§ 1750 et seq., which serves as a prerequisite to filing certain claims under California law on behalf of the putative class member that is the subject of that letter. Thus, it appears likely that Plaintiffs contemplate the filing of an amended complaint at some point before or after Subaru responds to the current complaint.

A PA Limited Liability Partnership  |  Jeffrey S. Beenstock, Managing Partner

DMEAST #36387769 v1

The Honorable Joel Schneider
January 3, 2019
Page 2

I spoke to class counsel regarding Subaru's request in advance of writing to the Court. Class counsel disagrees with this request and wishes to proceed with the conference, disclosures, and discovery. The parties, therefore, disagree and request Your Honor's guidance.

Should Your Honor require a more substantial or formal motion on the subject, I will promptly prepare one.

Thank you for your consideration.

Respectfully yours,

Neal Walters

NW/mds

cc:    Benjamin F. Johns, Esq.