# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAD UDEEN and MARY JANE JEFFERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>Defendant. | No. 1:18-cv-17334-RBK-JS<br><br><br><br><br><br><br><br>**CLASS ACTION** |



### [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME

Upon consideration of the Parties' request for a one week extension of time to file preliminary approval papers and for good cause shown for the requested extension;

**IT IS THEREFORE ORDERED** that the deadline to file Plaintiffs' Motion for Preliminary Approval is extended to August 30, 2019.

Dated: August 20, 2019

_____, U.S.M.J.
Hon. Joel Schneider
United States Magistrate Judge