IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAD UDEEN, MARY JANE JEFFERY, LYDIA RUNKEL, MICHAEL BOLICK, GARY GILPIN, ALICIA SMITH, and SUSAN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUBARU OF AMERICA, INC., and SUBARU CORPORATION,<br><br>    Defendants. | No. 1:18-cv-17334-RBK-JS<br><br><br>**JURY TRIAL DEMANDED**<br><br><br>**<u>CLASS ACTION</u>** |

**NOTICE OF MOTION AND MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

PLEASE TAKE NOTICE that on October 7, 2019 at 1:30 p.m., or as soon as the matter may be heard by the Honorable Robert B. Kugler of the United States District Court for the District of New Jersey, located at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, Plaintiffs will and hereby do move for entry of the proposed Preliminary Approval Order submitted herewith and the Settlement Agreement.

This Motion is based on this Notice of Motion and the Memorandum of Law filed herewith, the record in this action, the argument of counsel, and any other matters the Court may consider.

1

Dated:  August 30, 2019                    Respectfully submitted,

                                           **CHIMICLES SCHWARTZ KRINER**
                                              **& DONALDSON-SMITH LLP**

*/s/ Benjamin F. Johns*
Benjamin F. Johns
Andrew W. Ferich
Alex M. Kashurba
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*amk@chimicles.com*

Daniel R. Lapinski
**MOTLEY RICE LLC**
210 Lake Drive East
Suite 101
Cherry Hill, NJ  08002
Telephone: (856) 667-0500
*dlapinski@motleyrice.com*

Kevin P. Roddy
**WILENTZ, GOLDMAN**
**& SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ  07095-0958
Tel:  (732) 636-8000
*kroddy@wilentz.com*

*Interim Co-Lead Counsel for*
*Plaintiffs and the Putative Class*

2

J. Llewellyn Mathews
East Gate Center
309 Fellowship Road
Suite 200
Mt. Laurel, NJ 08054
Tel:  (609) 519-7744
jlmathews@jlmesq.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin F. Johns, certify that on August 30, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Benjamin F. Johns*
Benjamin F. Johns