NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHAD UDEEN, et al., *on behalf of themselves and all others similarly situated,* : : : : | |
| Plaintiffs, : | Civil No. 18-17334 |
| v. : : | **ORDER** |
| SUBARU OF AMERICA, INC., and SUBARU CORPORATION : : : | |
| Defendants. : : | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court the Stipulation and Consent Order Extending Time (Doc. No. 49) submitted by both Parties; and the Court having reviewed that application, and for good cause shown

**IT IS HEREBY ORDERED** that:

1. The Settlement Administrator, JND Settlement Administration, through data aggregators or otherwise, is authorized to request and receive contact and vehicle information from the Department of Motor Vehicles for all fifty states, the District of Columbia, Puerto Rico, and any other United States territory or possession for all VINs for Class Vehicles.

2. Paragraph 8.b. of the October 4, 2019 Preliminary Approval Order (Doc. No. 48) is amended to extend the deadline by which Defendant may effectuate notice from December 3, 2019, up to and including January 2, 2020.

3. Paragraph 10 of the October 4, 2019 Preliminary Approval Order (Doc. No. 48) is

1

    amended to set February 17, 2020, as the deadline for class members to exclude themselves from the Settlement.

4. Paragraph 12 of the October 4, 2019 Preliminary Approval Order (Doc. No. 48) is amended to set February 13, 2020, as the deadline for class members to file a written objection to the Settlement.

5. Plaintiffs' motions for final approval and motion for attorneys' fees must be filed on or before February 1, 2020.

6. Paragraph 16 of the October 4, 2019 Preliminary Approval Order (Doc. No. 48) is amended to reflect that the Final Fairness Hearing is rescheduled for March 4, 2020.

7. All other provisions of the Preliminary Approval Order remain in effect.

Dated: 11/13/2019

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge