# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAD UDEEN, MARY JANE JEFFERY, LYDIA RUNKEL, MICHAEL BOLICK, GARY GILPIN, ALICIA SMITH, and SUSAN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., and SUBARU CORPORATION,<br><br>Defendants. | No. 1:18-cv-17334-RBK-JS<br><br>**JURY TRIAL DEMANDED**<br><br>**CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR PAYMENT OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND INCENTIVE AWARDS**

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for 9:30 a.m. on March 4, 2020, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval of the Settlement and approving Plaintiffs' request for payment of attorneys' fees, litigation expenses, and incentive awards. Plaintiffs will rely on the Memorandum of Law and other related materials in support of this unopposed motion.

Dated:  January 31, 2020	Respectfully submitted,

                **CHIMICLES SCHWARTZ KRINER**
                  **& DONALDSON-SMITH LLP**

                */s/ Benjamin F. Johns*
                Benjamin F. Johns
                Andrew W. Ferich
                Alex M. Kashurba
                One Haverford Centre
                361 West Lancaster Avenue
                Haverford, PA 19041
                Telephone: (610) 642-8500
                Fax: (610) 649-3633
                *bfj@chimicles.com*
                *awf@chimicles.com*
                *amk@chimicles.com*

                Daniel R. Lapinski
                **MOTLEY RICE LLC**
                210 Lake Drive East
                Suite 101
                Cherry Hill, NJ  08002
                Telephone: (856) 667-0500
                Fax: (856) 667-5133
                *dlapinski@motleyrice.com*

                Kevin P. Roddy
                **WILENTZ, GOLDMAN**
                **& SPITZER, P.A.**
                90 Woodbridge Center Drive
                Suite 900
                Woodbridge, NJ  07095-0958
                Tel:  732-636-8000
                *kroddy@wilentz.com*

                *Co-Lead Counsel for*
                *Plaintiffs and the Putative Class*

J. Llewellyn Mathews
East Gate Center
309 Fellowship Road
Suite 200
Mt. Laurel, NJ 08054
Tel:  (609) 519-7744
*jlmathews@jlmesq.com*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Clerk using the Court's ECF system and therefore served electronically on all registered counsel of record on January 31, 2020.

/s/ *Benjamin F. Johns*
Benjamin F. Johns
