# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAD UDEEN, MARY JANE JEFFERY, LYDIA RUNKEL, MICHAEL BOLICK, GARY GILPIN, ALICIA SMITH, and SUSAN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., and SUBARU CORPORATION,<br><br>Defendants. | No. 1:18-cv-17334-RBK-JS<br><br>[~~PROPOSED~~] **FINAL ORDER AND JUDGMENT** |

This matter came before the Court for hearing pursuant to the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated October 4, 2019 ("Preliminary Approval Order"), on the motion of Plaintiffs for approval of proposed class action settlement with Defendants Subaru of America, Inc. and Subaru Corporation (collectively, "Defendants") and approval of attorneys' fees and expenses and incentive awards. Due and adequate notice having been given of the Settlement as required by the Preliminary Approval Order, the Court having considered all papers filed and proceedings conducted herein, and good cause

1

appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This Final Order and Judgment incorporates by reference the definitions in the Settlement Agreement with Defendants dated April August 30, 2019 (the "Agreement"), and all defined terms used herein have the same meanings ascribed to them in the Agreement.

2. This Court has jurisdiction over the subject matter of the Action and over all Parties thereto.

3. The Court reaffirms and makes final its provisional findings, rendered in the Preliminary Approval Order, that, for purposes of the Settlement, all prerequisites for maintenance of a class action set forth in Federal Rules of Civil Procedure 23(a) and (b) are satisfied. The Court hereby makes final its appointments of Class Counsel and the Class Representatives and certifies the following Settlement Class: individuals who currently own or lease, or previously owned or leased, any of the following Subaru vehicles: 2017 Impreza, 2018 Impreza, 2018 Forester, 2018 Outback, 2018 Legacy, 2018 Crosstrek or a 2018 BRZ vehicles equipped with the Generation 3.0 head unit manufactured by Harmon International Industries, Inc. ("Settlement Class Vehicle").

4. Pursuant to Federal Rule of Civil Procedure 23(e), the Court hereby grants final approval of the Settlement and finds that it is, in all respects, fair, reasonable, and adequate and in the best interests of the Settlement Class.

5. The Court finds that notice of this Settlement was given to Settlement Class Members in accordance with the Preliminary Approval Order and constituted the best notice practicable of the proceedings and matters set forth therein, including the Settlement, to all Persons entitled to such notice, and that this notice satisfied the requirements of Federal Rule of Civil Procedure 23 and of due process.

6. The Court directs the Parties and the Settlement Administrator to implement the Settlement according to its terms and conditions.

7. Upon the Effective Date, Releasing Named Plaintiffs and all Releasing Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Releasees from all Released Claims.

8. The Persons identified in **Exhibit 1** hereto requested exclusion from the Settlement Class as of the Exclusion Deadline. These Persons shall not share in the benefits of the Settlement, and this Final Order and Judgment does not affect their legal rights to pursue any claims they may have against Defendants. All other members of the Settlement Class are hereinafter barred and permanently enjoined

from prosecuting any Released Claims against Defendants in any court, administrative agency, arbitral forum, or other tribunal.

9. Neither the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Settlement, is or may be deemed to be or may be used as an addition of, or evidence of, (a) the validity of any Released Claim, (b) any wrongdoing or liability of Defendants, or (c) any fault or omission of Defendants in any proceeding in any court, administrative agency, arbitral forum, or other tribunal.

10. Without affecting the finality of this Judgment, this Court reserves exclusive jurisdiction over all matters related to administration, consummation, enforcement, and interpretation of the Settlement, and this Final Order and Judgment, including (a) distribution or disposition of the Settlement Fund; (b) further proceedings, if necessary, on the application for attorneys' fees, reimbursement of litigation expenses, and service awards for Plaintiffs; and (c) the Parties for the purpose of construing, enforcing, and administering the Settlement. If any Party fail(s) to fulfill its or their obligations under the Settlement, the Court retains authority to vacate the provisions of this Judgment releasing, relinquishing, discharging, barring and enjoining the prosecution of, the Released Claims against the Releasees, and to reinstate the Released Claims against the Releasees.

11. If the Settlement does not become effective, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Agreement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Agreement.

12. The Court has considered each of the objections, and finds that they are unpersuasive and therefor overrules all of them.

13. The Court grants Plaintiffs' request for attorneys' fees and expenses in the amount of $1,500,000. The Court further grants the requested incentive award payments of $3,500 for each of the named Plaintiffs in this case.

14. The Parties shall file quarterly reports of settlement administration progress. The quarterly report shall, at a minimum, summarize the numbers of claims for reimbursement received and pending; the numbers of claims granted in full, granted in part, and denied; the number under the Second Review Procedure; and the number of claims appealed to the Better Business Bureau appeals process, and the outcome of such appeals. The first such report shall be filed within 30 days of the date on which Defendants begin mailing reimbursement checks to Settlement Class Members, and subsequent reports are due at three-month intervals covering the experiences of the analogous three-month period. The contents and timing may be modified for good cause shown.

15. The Court hereby enters a judgment of dismissal, pursuant to Fed. R. Civ. P. 54(b), of the claims by the Settlement Class Members, with prejudice and without costs, except as specified in this order, and except as provided in the Court's order related to Plaintiffs' motion for attorneys' fees, expenses, and incentive awards. The Clerk of the Court is directed to close this docket.

**IT IS SO ORDERED.**

DATED: June 30, 2020

HON. ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1



## *Udeen, et al. v. Subaru of America, Inc., et al.*
### Valid Requests for Exclusion (Deadline: February 17, 2020)

|  | Name | City/State | Online Submission/ Postmark Date |
|---|---|---|---|
| 1. | Paul Prevosto | Hackensack, NJ | 01/04/2020 |
| 2. | David Petrak | Altoona, PA | 01/04/2020 |
| 3. | Mary Petrak | Altoona, PA | 01/04/2020 |
| 4. | Briana M Smith | Painted Post, NY | 01/04/2020 |
| 5. | Richard Albright Tulowitzki | New Castle, DE | 01/04/2020 |
| 6. | Chuck Mertz | Minneapolis, PA | 01/05/2020 |
| 7. | Gabriel Archangelo | Wilmington, DE | 01/06/2020 |
| 8. | Eve Archangelo | Wilmington, DE | 01/06/2020 |
| 9. | Edna Holloway | Oakham, MA | 01/06/2020 |
| 10. | Cheryl Venit | Swedesboro, NJ | 01/06/2020 |
| 11. | Barbara M Wynkoop | Coopersburg, PA | 01/06/2020 |
| 12. | Katherine Elizabeth Roberts | Weber City, VA | 01/06/2020 |
| 13. | Denise Villani | Coconut Creek, FL | 01/06/2020 |
| 14. | Nataliya Gurshman | Annandale, VA | 01/06/2020 |
| 15. | Jordan Prause | New Milford, CT | 01/06/2020 |
| 16. | Rickey T Miller | Inwood, WV | 01/06/2020 |
| 17. | Mirela M Viditki | Dacula, GA | 01/06/2020 |
| 18. | Kevin Dressler | Monroeville, PA | 01/07/2020 |
| 19. | Elaine H. Burns | Rochester, NH | 01/07/2020 |
| 20. | Bryan Grasso | Pennsburg, PA | 01/07/2020 |
| 21. | Gary Yerkie | Front Royal, VA | 01/07/2020 |
| 22. | David Lowell Fugate | Kingston, TN | 01/07/2020 |
| 23. | Kyle Beckley | Ossining, NY | 01/07/2020 |
| 24. | Cory Maffucci | Brooklyn, NY | 01/07/2020 |
| 25. | Rose Brinker | Clark, NJ | 01/07/2020 |
| 26. | Eduard Aviyants | Manchester, NH | 01/07/2020 |
| 27. | Charlotte A Brunet | Rockland, MA | 01/08/2020 |

| | | | |
|---|---|---|---|
| 28. | Philip Downs | Durham, NC | 01/08/2020 |
| 29. | Ellen M Cox | Palm Harbor, FL | 01/08/2020 |
| 30. | Brook Detterman | Arlington, MA | 01/08/2020 |
| 31. | Alison Glasgow | Charlotte, NC | 01/08/2020 |
| 32. | Paul J. Blank | New Kensington, PA | 01/08/2020 |
| 33. | Jean-Marie Peterson | Littleton, NH | 01/08/2020 |
| 34. | Evelyn T Wisselmann Petty | Winston Salem, NC | 01/09/2020 |
| 35. | William M. Candless Petty, Jr. | Winston Salem, NC | 01/09/2020 |
| 36. | Ralph Edward Given | Hopkinton, MA | 01/09/2020 |
| 37. | Michael Angello | Manlius, NY | 01/09/2020 |
| 38. | Margaret Mary Arico | Portland, CT | 01/09/2020 |
| 39. | Shelley Coss | Arlington, VA | 01/09/2020 |
| 40. | Charles Richard Kriesel | Montague, MI | 01/09/2020 |
| 41. | Dennis Russell Fay | Columbia City, IN | 01/09/2020 |
| 42. | Julianne Rachelle Melara | Moore, OK | 01/10/2020 |
| 43. | Elijah Rainbolt | Hampton, TN | 01/10/2020 |
| 44. | Margaret Mary Lloyd | Washington, DC | 01/10/2020 |
| 45. | Charles D. Bates | Danville, IN | 01/10/2020 |
| 46. | Ashley Barrett | Travelers Rest, SC | 01/10/2020 |
| 47. | Gregory John Adams | Ballston Lake, NY | 01/10/2020 |
| 48. | Jason Rohlfing | Castle Rock, CO | 01/10/2020 |
| 49. | Cassandra Gerken | Keene, NH | 01/10/2020 |
| 50. | Moya Neal | Chewelah, WA | 01/10/2020 |
| 51. | Rose Coleman | Nampa, ID | 01/10/2020 |
| 52. | David L. Aunkst | Carson City, NV | 01/10/2020 |
| 53. | Michael Walter | Gardina, CA | 01/11/2020 |
| 54. | James K Calvey | Lakewood, OH | 01/11/2020 |
| 55. | Laura Munnelly | Longmont, CO | 01/11/2020 |
| 56. | Norval Hermanson | Twin Peaks, CA | 01/11/2020 |
| 57. | Jennifer R Davies | Westminster, CO | 01/11/2020 |
| 58. | Donna Apidone | Sacramento, CA | 01/11/2020 |
| 59. | James Carter | Klamath Falls, OR | 01/11/2020 |
| 60. | Teresa L Walters | Los Angeles, CA | 01/11/2020 |
| 61. | Jason Barney | Eugene, OR | 01/11/2020 |
| 62. | Mary Ann Counsellor | Tukwila, WA | 01/11/2020 |

| 63. | Donn Walter | Federal Way, WA | 01/11/2020 |
|---|---|---|---|
| 64. | Rose Mary Morra | Sun Lakes, AZ | 01/12/2020 |
| 65. | Mario Deguchi | Hanford, CA | 01/12/2020 |
| 66. | Anneline Ruegg | Palm Desert, CA | 01/12/2020 |
| 67. | Lawrence Jarcewski | Nottingham, MD | 01/12/2020 |
| 68. | Cecile J Hawkins | Saint Peters, MO | 01/12/2020 |
| 69. | Anna Kilmer | Campton, NH | 01/13/2020 |
| 70. | Jeremy Momberg | Fargo, ND | 01/13/2020 |
| 71. | Ronald J Wilkinson, Jr. | Sacramento, CA | 01/13/2020 |
| 72. | Dennis Nickels | Chicago, IL | 01/13/2020 |
| 73. | Kathryn Daniel Olson | St Joseph, MN | 01/13/2020 |
| 74. | David Flowers | Spring, TX | 01/13/2020 |
| 75. | Karen Anders | Kuna, ID | 01/13/2020 |
| 76. | Bradley Anders | Kuna, ID | 01/13/2020 |
| 77. | William J. Cook Jr. | Westminster, MD | 01/13/2020 |
| 78. | Ian Patrick Hatlee | Colorado Springs, CO | 01/14/2020 |
| 79. | Nicole L Allamon | Grindstone, PA | 01/14/2020 |
| 80. | Candice Clark | Albany, OR | 01/14/2020 |
| 81. | Wallace A Lay | Albany, OR | 01/14/2020 |
| 82. | Jerold Meade | Monroe, NY | 01/14/2020 |
| 83. | Dawn Davis | Frisco, TX | 01/14/2020 |
| 84. | Carol Montgomery Brosnac | Long Beach, CA | 01/14/2020 |
| 85. | Karyn Lyn Huryn-Selvar | Issaquah, WA | 01/14/2020 |
| 86. | William Dolley | Columbia, SC | 01/14/2020 |
| 87. | Vanessa Renay Weidenkeller | Evans, CO | 01/15/2020 |
| 88. | Gary L Pearson | Farmington, MN | 01/15/2020 |
| 89. | Caralee Detwiler | Omaha, NE | 01/15/2020 |
| 90. | David R. Montgomery | Rapid City, SD | 01/15/2020 |
| 91. | John Behuniak | Syracuse, NY | 01/16/2020 |
| 92. | Sandra Daily | Mount Laurel, NJ | 01/16/2020 |
| 93. | Shaun Gabriel Heath | Rochester, MN | 01/16/2020 |
| 94. | Colleen Lynch | Champaign, IL | 01/16/2020 |
| 95. | Stephen Francis Kovacs | Myrtle Beach, SC | 01/16/2020 |
| 96. | Juli Ramm | Charlton, MA | 01/16/2020 |
| 97. | David Reyer | Kinnelon, NJ | 01/16/2020 |

| 98.  | Neal E. Bossert                 | Quakertown, PA          | 01/17/2020 |
|------|---------------------------------|-------------------------|------------|
| 99.  | Christian Mark Kaefer           | Natick, MA              | 01/18/2020 |
| 100. | William Oscar Coffin            | Charlottesville, VA     | 01/19/2020 |
| 101. | Jarred Vangelder                | Orange, VA              | 01/20/2020 |
| 102. | Ronata Morgan                   | Butler, PA              | 01/21/2020 |
| 103. | Hugh Morgan                     | Butler, PA              | 01/21/2020 |
| 104. | Katherine Butcher               | Aberdeen, WA            | 01/21/2020 |
| 105. | Darcy A Rollins                 | Hendersonville, NC      | 01/21/2020 |
| 106. | Elizabeth Szabo                 | Metuchen, NJ            | 01/22/2020 |
| 107. | Michael David Roach             | Eau Claire, WI          | 01/22/2020 |
| 108. | Shane M McGrath                 | Wilton, NH              | 01/22/2020 |
| 109. | Cynthia J Hay                   | Hockessin, DE           | 01/23/2020 |
| 110. | Chih-Yuan Chang                 | Palo Alto, CA           | 01/23/2020 |
| 111. | Frances J Lacovara              | Perryville, MD          | 01/23/2020 |
| 112. | Donna Rae Rohrbach              | Topton, PA              | 01/24/2020 |
| 113. | Christina Bethencourt           | North Hollywood, CA     | 01/24/2020 |
| 114. | Sharon L. Gary                  | Muskegon, MI            | 01/24/2020 |
| 115. | Stephanie Brooks                | North Andover, MA       | 01/24/2020 |
| 116. | Marilyn F. Ayers                | Owego, NY               | 01/25/2020 |
| 117. | James Chasey                    | Houston, TX             | 01/25/2020 |
| 118. | Barbara Jo Conn                 | Vanderbilt, PA          | 01/27/2020 |
| 119. | Eric Weisseg                    | Chicago, IL             | 01/27/2020 |
| 120. | Igor Salari                     | San Jose, CA            | 01/27/2020 |
| 121. | Deborah Edwards                 | Northridge, CA          | 01/28/2020 |
| 122. | Laura J Stearns                 | Colorado Springs, CO    | 01/28/2020 |
| 123. | Schrembeck Funeral Services LLC | Independence, OH        | 01/28/2020 |
| 124. | Axl Jon Dela Cruz               | Irvine, CA              | 01/30/2020 |
| 125. | Faith Love Brightly             | San Rafael, CA          | 01/31/2020 |
| 126. | Patricia Lynn Nielsen           | Lancaster, CA           | 02/01/2020 |
| 127. | Keith Interrante                | San Francisco, CA       | 02/02/2020 |
| 128. | Tommy Fredrik Magnus Fransson   | Reston, VA              | 02/03/2020 |
| 129. | Isabelle Dehring                | Cottonwood Heights, UT  | 02/03/2020 |
| 130. | Rose Marie Mcreynolds           | Denver, CO              | 02/03/2020 |
| 131. | Deanna Jones                    | Chandler, AZ            | 02/03/2020 |
| 132. | Stephen E. Sullivan             | Colorado Springs, CO    | 02/05/2020 |

| 133. | George Mccrae | Staten Island, NY | 02/06/2020 |
|---|---|---|---|
| 134. | Jean E. Sereno | Westfield, PA | 02/06/2020 |
| 135. | Allan Radawitz | Hubertus, WI | 02/06/2020 |
| 136. | Gerda Sternfeld | Oxford, CT | 02/07/2020 |
| 137. | Jordan M Lintt | Franklinton, NC | 02/09/2020 |
| 138. | Matthew P Kaminski | Belleville, NJ | 02/09/2020 |
| 139. | Charles E Tyra | Noblesville, IN | 02/10/2020 |
| 140. | Samantha Arce | Renton, WA | 02/11/2020 |
| 141. | Alfonso A Donato | Pico Rivera, CA | 02/12/2020 |
| 142. | Benjamin Carrier | Moreno Valley, CA | 02/13/2020 |
| 143. | Donna Miranda | Moreno Valley, CA | 02/13/2020 |
| 144. | Janette Cuevas | Pacoima, CA | 02/13/2020 |
| 145. | Rafael Cuevas | Pacoima, CA | 02/13/2020 |
| 146. | Susan Mcvey | East Northport, NY | 02/13/2020 |
| 147. | Thomas Lyn Thompson | Tucson, AZ | 02/13/2020 |
| 148. | Katy Eng Moy | Revere, MA | 02/14/2020 |
| 149. | Kerry Clifford | Syracuse, NY | 02/14/2020 |
| 150. | Kevin Alfred Savage | Monument, CO | 02/14/2020 |
| 151. | Moli Becker | Fairfax, VA | 02/15/2020 |
| 152. | Roger Boyd Wilcox | Eagle Mountain, UT | 02/16/2020 |
| 153. | Joan Ann Wiese | Waterloo, IA | 02/17/2020 |
| 154. | Taylor Bomely | Newington, CT | 02/17/2020 |
| 155. | Matija Dreze | Princeton, NJ | 02/17/2020 |